**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALYCIA LANE

: No. 54 EM 2015
:
:
:
v.           : Petition for Allowance of Appeal from the
: Order of the Intermediate Court
:
CBS BROADCASTING INC., MICHAEL :
COLLERAN, AND LAWRENCE MENDTE :
:
:
PETITION OF: LAWRENCE MENDTE    :


ALYCIA LANE

: No. 55 EM 2015
:
:
:
v.           : Petition for Allowance of Appeal from the
: Order of the Intermediate Court
:
CBS BROADCASTING INC., MICHAEL :
COLLERAN, AND LAWRENCE MENDTE :
PETITION OF             :
:
Defendant     :
:
LAWRENCE MENDTE        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2015, Lawrence Mendte's Petition to Join in Allowance of Appeal Out of Time is **DENIED.**